**Order entered May 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00244-CV

### CITY OF DALLAS, Appellant

### V.

### BRIGHT SIAW-AFRIYIE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02654**

## ORDER

Before the Court is appellee's May 16, 2019 unopposed motion for an extension of time

to file his responsive brief. We **GRANT** the motion and extend the time to **June 17, 2019**.

/s/ BILL WHITEHILL
   JUSTICE